PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 201
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for Defendant: ALEJANDRO MARTINEZ

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEJANDRO MARTINEZ, et. al.,<br><br>    Defendant. | Case No. Cr.S-14-00040-WBS<br><br>[~~PROPOSED~~] ORDER TO SEAL DOCUMENTS<br><br>(Local Rule 141) |

ORDER

GOOD CAUSE APPEARING, and for the reasons set-forth in defendant MARTINEZ's Request to Seal Documents, it is the order of the this Court that the following documents be filed under seal, subject only to a motion to unseal, for good cause shown, pursuant to Local Rule 141(f):

    Motion To Suppress Fruits of Illegal Wiretaps along with Exhibits A-U.

/// ///

/// ///

IT IS FURTHER ORDERED that this order allows for the <u>non-public dissemination</u> of the motion and exhibits to Attorneys for Party Defendants WHO ARE HEREBY ORDERED to comply with the terms and conditions of Protective Order 2:13-SW-698-WBS.

IT IS SO ORDERED.

Dated: August 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE